```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 07 B 12168
    MANUEL DE LUNA
                                             CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-6907


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 07/09/2007 and was not confirmed.

    The case was dismissed without confirmation 09/19/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID           PAID
------------------------------------------------------------------------------
CITIMORTGAGE           CURRENT MORTG            .00            .00            .00
CITIMORTGAGE           MORTGAGE ARRE       13226.69            .00            .00
MARIA A LUNA           NOTICE ONLY       NOT FILED             .00            .00
PHILIP A IGOE          DEBTOR ATTY             .00                            .00
TOM VAUGHN             TRUSTEE                                                .00
DEBTOR REFUND          REFUND                                                 .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS                DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                                 .00

PRIORITY                                                          .00
SECURED                                                           .00
UNSECURED                                                         .00
ADMINISTRATIVE                                                    .00
TRUSTEE COMPENSATION                                              .00
DEBTOR REFUND                                                     .00
                                   --------------        --------------
TOTALS                                  .00                       .00

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 04/23/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```